# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-5041**                           **September Term, 2023**

**1:24-cv-00244-CJN**

**Filed On:** June 26, 2024

Harold Jean-Baptiste,

      Appellant

      v.

United States Department of Justice, et al.,

      Appellees

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**BEFORE:**    Wilkins, Childs, and Pan, Circuit Judges

**J U D G M E N T**

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order entered February 26, 2024, be affirmed. Appellant has not shown that the district court erred in dismissing the complaint as barred by a pre-filing injunction issued on January 18, 2024, in Jean-Baptiste v. United States Dep't of Just., No. 23-cv-02298, nor that the complaint raises new and nonfrivolous issues.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

                  **FOR THE COURT:**
                  Mark J. Langer, Clerk

      BY:    /s/
               Daniel J. Reidy
               Deputy Clerk